IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**TANDRA CONYEARS,** *et al.*                                        **PLAINTIFFS**

v.                              No. 2:11-cv-111-DPM

**BRINKLEY SCHOOL DISTRICT,** *et al.*                        **DEFENDANTS**

### ORDER

Several plaintiffs move unopposed to dismiss their claims. *Document Nos. 29 & 30.* The motions are granted. FED. R. CIV. P. 41(a)(2). All claims by the following plaintiffs are dismissed without prejudice: Taniesha Allen; Tommy Tyler; Charlene Brent; Quinton Austin; Paula Beasley; Gwendolyn Wilson; Victoria McCoy; Lanie Williams; Carl Broadway; Juanita Amos; Luther Brown; LaKeshia Coleman; Chareema Swanigan; Ronald Powell; Donnie Jackson; Estella Pearson; John James; Wanda Brown; Jacqueline Brown; Andrea Tyler; Jacqueline Tucker; Chrystal Larry; Sheila Latrise; Kaii Brown Sr.; Tywona Matthews; Latoya Chunn; Kelli Adell; Mary Allen; Johnny Wilbourn; Tasha Wilburn; Joe Cline; Janice James; Joseph Vance; Norma Vance; Lamont Atkins; Estella Person; Glenda Brown; Charles Hughes;

Cathola Word; Ewan Hughes; Ella Baker; Nedra Stewart; Judy James; Martha Winberry; Billy J. Waggle; Debbie Waggle; Patricia Wilson; Randy Perryman; Allison Stowe; Ethel Norton; Andrea White; Danny Palmer; Kim Palmer; Carrie Lewis; Lutrina Coleman; Sheila Tatum; Jena Swift; and Keenon White.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

4 April 2013