IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TANDRA CONYEARS *et al.*                                PLAINTIFF

v.                  No. 2:11-cv-111-DPM

BRINKLEY SCHOOL DISTRICT *et al.*               DEFENDANTS

ORDER

The Defendants' first motion *in limine*, № 60, is granted but without prejudice to reconsideration. The Plaintiffs may proffer specific facts at trial showing that any alleged crime is relevant to the disputed issues in the case. The Defendants' second motion *in limine*, № 61, is denied without prejudice. This issue will be explored at trial. To the extent that there is a question presented of judicial notice about who can prescribe medicine, the Court will deal with it then.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 May 2014