IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TANDRA CONYEARS *et al.*                                                    PLAINTIFFS

v.                              No. 2:11-cv-111-DPM

BRINKLEY SCHOOL DISTRICT *et al.*                                DEFENDANTS

ORDER

Counsel have informed the Court informally that the parties have settled all their differences.  The settlement will apparently require the approval of the Arkansas Department of Education.  The Court congratulates the parties on their agreed resolution.  The Final Scheduling Order, № 65, is suspended; the June 17th trial is cancelled.  Please file a joint motion by 16 June 2014.  The Court anticipates dismissing the case with prejudice, while retaining jurisdiction for a short period in case the Department rejects the settlement.  This is an older matter.  And it needs to be conclusively resolved, either by settlement or trial, as soon as possible.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

  10 June 2014