IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**TANDRA CONYEARS** *et al.*                  **PLAINTIFFS**

v.               No. 2:11-cv-111-DPM

**BRINKLEY SCHOOL DISTRICT** *et al.*          **DEFENDANTS**

## ORDER

The parties' joint motion to dismiss, № 74, is granted. All claims of all plaintiffs are dismissed with prejudice pursuant to the parties' settlement agreement.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 August 2014