IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**TANDRA CONYEARS** *et al.*             **PLAINTIFFS**

v.          No. 2:11-cv-111-DPM

**BRINKLEY SCHOOL DISTRICT** *et al.*        **DEFENDANTS**

## JUDGMENT

All plaintiffs' claims against all defendants are dismissed with prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 August 2014